

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:          01-13-00932-CV

Style:          Beverly Scott

**v** Houston Funeral Directors Agent, Inc. d/b/a Kirk Mortuary Service of Houston, Craig Cordola (CEO of Memorial Hermann Hospital), Mainland Medical Center, Sozo Papasozomenos, M.D., Ramesh and Kirit Patel d/b/a Super 8 Motel, and Memorial Hermann Hospital

Dates motions filed\*:     December 2, 2013

Type of motions:     Motion to withdraw Dr. Robin Lynn Armstrong from appeal; Motion to extend deadline for filing reporter's record

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:     Current Due date:

    Date Requested:

Ordered that motion is:

    ☐     Granted

         If document is to be filed, document due:

    ☐     Denied

    ☑     Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐     Other: _____

**Appellant moves for an extension of time "for the Reporters Records to be filed" and "to withdraw Dr. Robin Lynn Armstrong from case number 01-13-00932-CV due to Dr. Robin Lynn Armstrong is still pending in the civil case 2012-33615." On December 4, 2013, the court reporter informed us that there is no reporter's record in this appeal. Further, this is an appeal from trial court cause 2012-33615A, which was severed from trial court cause 2012-33615. No claims involving Dr. Robin Lynn Armstrong were included in the severance order, and Dr. Armstrong is therefore not a party to this appeal. Accordingly, we dismiss appellant's motions as moot.**

Judge's signature:   /s/ <u>Justice Michael Massengale</u>
               ☒ Acting individually   ☐ Acting for the Court

Panel consists of     _____

Date:  February 18, 2014

November 7, 2008 Revision